UNITED STATES COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  RONALD L. MOYER                :     Case No. 17-11621-amc
                                       :
                        Debtor         :     Chapter 7

## ORDER

AND NOW, upon consideration of the Application for Compensation and Expenses file by the Debtors' Counsel (hereinafter the "Applicant") and upon the Applicant's certificate that proper service has been made on all interested parties and upon the Applicant's certification of no response;

It is hereby ORDERED that:

1. The Application is **GRANTED**;

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,000.00**;

3. Expenses are **ALLOWED** in favor of the Applicant in the amount of **$335.00**;

4. The Chapter 7 Trustee is authorized, upon the filing of the Trustee's final report and application for compensation, to distribute to the Applicant, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507; 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth in paragraph 2 and the allowed expenses set forth in paragraph 3, less $310.00, that was paid by Debtor's to the Applicant pre-petition.**

**September 5, 2017**
Date

_____
Ashely M. Chan, Judge
United States Bankruptcy Court