United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ronald L. Moyer  
     Debtor

Case No. 17-11621-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Sep 05, 2017  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2017.  
db          +Ronald L. Moyer,    324 Main Street,    East Greenville, PA 18041-1302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2017 at the address(es) listed below:

        CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com  
        CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com  
        GREGORY W. PHILIPS    on behalf of Debtor Ronald L. Moyer gwphilips@ydasp.com, philipslaw@comcast.net  
        GREGORY W. PHILIPS    on behalf of Attorney Gregory W Philips gwphilips@ydasp.com, philipslaw@comcast.net  
        PAUL BRINTON MASCHMEYER    on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer@cmklaw.com, csilvano@cmklaw.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
        ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@cmklaw.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                                                                     TOTAL: 9

UNITED STATES COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: RONALD L. MOYER       :   Case No. 17-11621-amc
                                                         :
                                     Debtor    :   Chapter 7

## ORDER

AND NOW, upon consideration of the Application for Compensation and Expenses file by the Debtors' Counsel (hereinafter the "Applicant") and upon the Applicant's certificate that proper service has been made on all interested parties and upon the Applicant's certification of no response;

It is hereby ORDERED that:

1. The Application is **GRANTED**;

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,000.00**;

3. Expenses are **ALLOWED** in favor of the Applicant in the amount of **$335.00**;

4. The Chapter 7 Trustee is authorized, upon the filing of the Trustee's final report and application for compensation, to distribute to the Applicant, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507; 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth in paragraph 2 and the allowed expenses set forth in paragraph 3, less $310.00, that was paid by Debtor's to the Applicant pre-petition.**

 **September 5, 2017**                                                _____
Date                                                               Ashely M. Chan, Judge
                                                                         United States Bankruptcy Court