IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| RONALD L. MOYER | : | BANKRUPTCY NO. 17-11621(AMC) |
| | : | |
| Debtor | : | |
| | : | |

## REPORT OF SALE OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE, PURSUANT TO FED.R.BANKR.P. 6004(f)(1)

**Real Property Located at 324 Main Street, East Greenville, PA 18041
[Tax ID 06-00-02632-008]**

Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), hereby submits this Report of Sale Pursuant to Fed.R.Bankr.P. 6004(f)(1) as follows:

1.  Pursuant to the Agreement of Sale by and between the Trustee and Giosuelo LLC approved by Order of the Court dated August 30, 2017 [Docket No. 53], the Trustee sold real property located at 324 Main Street, East Greenville, PA 18041 [Tax ID 06-00-02632-008] (the "Property") for the gross sale price of $270,000.00.

2.  The Trustee received net sale proceeds in the amount of $46,379.79 at closing and previously received a deposit in the amount of $5,000.00. As such, the Trustee realized net sale proceeds in the amount of 51,379.79 from the sale of the Property. A copy of the Settlement Statement is attached hereto as Exhibit "A" and made a part hereof.

> Respectfully submitted,
>
> **MASCHMEYER KARALIS P.C.**
>
> By: /s/ Robert W. Seitzer
> Paul B. Maschmeyer
> Robert W. Seitzer, Esquire
> 1900 Spruce Street
> Philadelphia, PA 19103
> (215) 546-4500
> Attorneys for the Trustee

Dated: November 27, 2017