# EXHIBIT "A"

## A. Settlement Statement

U.S. Department of Housing and Urban Development
OMB Approval No. 2502-0265

**B. Type of Loan**

| 1. ☐FHA | 2. ☐FmHA | 3. ☐Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐VA | 5. ☐Conv. Ins. | | F-17-1321 | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

TitleExpress Settlement System
Printed 11/21/2017 at 11.39 MGR

| D. NAME OF BORROWER: | Giosuelo LLC |
|---|---|
| ADDRESS: | 1001 Mia Lane, Pennsburg, PA 18073 |
| E. NAME OF SELLER: | Christine C. Shubert, Chapter 7 Trustee for The Estate of Ronald L. Mayer |
| ADDRESS: | 821 Wesley Avenue, Ocean City, NJ 08226 |
| F. NAME OF LENDER: | QNB Bank |
| ADDRESS: | 320 West Broad Street, P.O. Box 9005 |
| G. PROPERTY ADDRESS: | 324 Main Street, East Greenville, PA 18041 |
| | East Greenville Borough |
| H. SETTLEMENT AGENT: | Monatawny Land Transfer |
| PLACE OF SETTLEMENT: | 2117 East High Street, Pottstown, PA 19464 |
| I. SETTLEMENT DATE: | 11/21/2017 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 270,000.00 | 401. Contract sales price | 270,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 7,777.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes 11/21/17 to 12/31/17 | 64.70 | 406. City/town taxes 11/21/17 to 12/31/17 | 64.70 |
| 107. County taxes 11/21/17 to 12/31/17 | 113.33 | 407. County taxes 11/21/17 to 12/31/17 | 113.33 |
| 108. School Taxes 11/21/17 to 06/30/18 | 2,631.41 | 408. School Taxes 11/21/17 to 06/30/18 | 2,631.41 |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 280,586.44 | **420. GROSS AMOUNT DUE TO SELLER** | 277,809.44 |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess Deposit (see instructions) | 5,000.00 |
| 202. Principal amount of new loan(s) | 216,000.00 | 502. Settlement charges to seller (line 1400) | 26,889.84 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff 2000527627 | 170,864.81 |
| | | Bayview Loan Servicing | |
| 205. | | 505. | |
| 206. | | 506. Exemption per Order | 23,675.00 |
| 207. | | 507. Paid to Ronald L. Mayer | |
| 208. | | 508. | |
| 209. | | 509. Balance to Bankruptcy Trustee | 46,379.79 |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 221,000.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 272,809.44 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 280,586.44 | 601. Gross amount due to seller (line 420) | 272,809.44 |
| 302. Less amounts paid by/for borrower (line 220) | 221,000.00 | 602. Less reduction amount due seller (line 520) | 272,809.44 |
| **303. CASH FROM BORROWER** | 59,586.44 | **603. CASH TO SELLER** | 0.00 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Real. Tax ID No. _____ ) with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

30-6574104

SELLER(S) SIGNATURE(S)

SELLER(S) NEW MAILING ADDRESS:

SELLER(S) PHONE NUMBERS:

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
**SETTLEMENT STATEMENT**

File Number F17-1121
TitleExpress Settlement System  Printed 11/21/2017 at 11:39 MGR

Form HUD-1 (3-86) ref Handbook 4305-3
PAGE 2

| L. SETTLEMENT CHARGES | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $270,000.00 @ 6.000 = 16,200.00 | | |
| Division of Commission (line 700) as follows: | | |
| 701. $          8,100.00  to  The Barndt Agency Inc. | | |
| 702. $          8,100.00  to  Brode & Brooks, Inc. | | |
| 703. Commission paid at Settlement | | 16,200.00 |
| 704. Transaction Fee         to Brode & Brooks, Inc. | 175.00 | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | |
| 801. Loan Origination Fee         % | | |
| 802. Loan Discount         % | | |
| 803. Appraisal Fee         to QNB Bank | 1,850.00 | |
| 804. Credit Report | | |
| 805. Document Preparation Fee         to QNB Bank | 175.00 | |
| 806. Wire Transfer Fee         to QNB Bank | 15.00 | |
| 807. Flood Determination         to QNB Bank | 10.00 | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901. Interest From         to         @$         /day | | |
| 902. Mortgage Insurance Premium for         to | | |
| 903. Hazard Insurance Premium for         to | | |
| 904. | | |
| 905. | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | |
| 1001. Hazard Insurance         mo. @ $         /mo | | |
| 1002. Mortgage Insurance         mo. @ $         /mo | | |
| 1003. City Property Tax         mo. @ $         48.00 /mo | | |
| 1004. County Property Tax         mo. @ $         84.08 /mo | | |
| 1005. School Taxes         mo. @ $         360.54 /mo | | |
| 1009. Aggregate Analysis Adjustment | 0.00 | 0.00 |
| 1100. TITLE CHARGES | | |
| 1101. Settlement or closing fee | | |
| 1102. Abstract or title search | | |
| 1103. Title examination | | |
| 1104. UPS Proceeds         to Manatawny Land Transfer | | 15.00 |
| 1105. Document Preparation | | |
| 1106. Notary Fees         to Manatawny Land Transfer | 60.00 | |
| 1107. Attorney's fees | | |
| (Includes above items No: | | |
| 1108. Title Insurance         to Manatawny Land Transfer | 1,994.00 | |
| (Includes above items No: | | |
| 1109. Lender's Policy         216,000.00 - 1,686.20 | | |
| 1110. Owner's Policy         270,000.00 - 307.80 | | |
| 1111. 100 No Viol, 300 Survey, 710 Va  Manatawny Land Transfer | 250.00 | |
| 1112. ClosingProtectr         to Manatawny Land Transfer | 125.00 | |
| 1113. Wire Mortgage Payoff         to Manatawny Land Transfer | | 20.00 |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201. Recording Fees Deed 95.00         ; Mortgage $185.00         ; Release $ | 280.00 | |
| 1202. City/County tax/stamps         Deed $2,700.00         ; Mortgage $ | 2,700.00 | |
| 1203. State Tax/stamps         Deed $2,700.00         ; Mortgage $ | | 2,700.00 |
| 1204. Record Assignment of Rents  to Montgomery County Recorder of Deeds | 143.00 | |
| 1205. | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | |
| 1301. Survey | | |
| 1302. Reimb Tax/Water/Sewer Certifo  Manatawny Land Transfer | | 130.00 |
| 1303. Final Sewer         to Upper Montgomery Joint Authority | | 1,233.18 |
| 1304. Final Water         to East Greenville Borough | | 799.59 |
| 1305. repair lateral req. by TWP         to Hidlenbrand Excavating Inc | | 5,642.07 |
| 1306. Reimb. UBO         to The Barndt Agency | | 150.00 |
| 1307. | | |
| 1308. | | |
| 1400. TOTAL SETTLEMENT CHARGES         (enter on lines 103, Section J and 502, Section K) | 7,777.00 | 26,889.84 |

HUD CERTIFICATION OF BUYER AND SELLER

(I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.)



WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

by                                11/21/17
DATE