IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| RONALD L. MOYER | : | BANKRUPTCY NO. 17-11621(AMC) |
| | : | |
| Debtor | : | |
| | : | |

**ORDER APPROVING APPLICATION OF
CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE, TO
EMPLOY ASTERION, INC. AS ACCOUNTANTS**

AND NOW, this 14th day of December, 2017, upon consideration of the Application of Christine C. Shubert, Chapter Trustee (the "Trustee") for the estate of Ronald L. Moyer ( the "Debtor"), to Employ Asterion, Inc. ("Asterion") as Accountants Pursuant to 11 U.S.C. § 327 and Fed.R.Bankr.P. 2014 (the "Application"), and the Court being satisfied that Asterion has no interest adverse to the Debtor or the Debtor's estate with respect to the matters for which it is to be employed, and further that Asterion's retention is in the best interest of the creditors, it is hereby

**ORDERED**, that the Trustee is authorized to employ Asterion as accountants for the purpose of providing the services as described in the Application and upon the terms and conditions therein set forth; and it is further

**ORDERED**, that Asterion shall be entitled to be compensated for its services at the rates set forth in the Application and exhibit, as well as reimbursement of out of pocket expenses; and it is further

**ORDERED**, that Asterion's fees are subject to and conditioned upon the approval of this Court pursuant to 11 U.S.C. § 330 and in accordance with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 33 (3rd Cir. 1994).

BY THE COURT:

_____
ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE