United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 17-11621-amc
Ronald L. Moyer                                                                                 Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Christina              Page 1 of 1          Date Rcvd: Dec 15, 2017
                            Form ID: pdf900              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
db              #+Ronald L. Moyer,    324 Main Street,    East Greenville, PA 18041-1302
acc              +Asterion, Inc.,    215 S. Broad Street,    3rd Floor,   Philadelphia, PA 19107-5318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
      CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
       J100@ecfcbis.com
      CHRISTINE C. SHUBERT     christine.shubert@comcast.net,   J100@ecfcbis.com
      GREGORY W. PHILIPS    on behalf of Debtor Ronald L. Moyer gwphilips@ydasp.com,
       philipslaw@comcast.net
      GREGORY W. PHILIPS     on behalf of Attorney Gregory W Philips gwphilips@ydasp.com,
       philipslaw@comcast.net
      PAUL BRINTON MASCHMEYER     on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer@cmklaw.com,
       csilvano@cmklaw.com
      REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
      ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@cmklaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
                                                                      TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| RONALD L. MOYER | : | BANKRUPTCY NO. 17-11621(AMC) |
| | : | |
| Debtor | : | |
| | : | |

ORDER APPROVING APPLICATION OF
CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE, TO
EMPLOY ASTERION, INC. AS ACCOUNTANTS

AND NOW, this 14th day of December, 2017, upon consideration of the Application of Christine C. Shubert, Chapter Trustee (the "Trustee") for the estate of Ronald L. Moyer ( the "Debtor"), to Employ Asterion, Inc. ("Asterion") as Accountants Pursuant to 11 U.S.C. § 327 and Fed.R.Bankr.P. 2014 (the "Application"), and the Court being satisfied that Asterion has no interest adverse to the Debtor or the Debtor's estate with respect to the matters for which it is to be employed, and further that Asterion's retention is in the best interest of the creditors, it is hereby

ORDERED, that the Trustee is authorized to employ Asterion as accountants for the purpose of providing the services as described in the Application and upon the terms and conditions therein set forth; and it is further

ORDERED, that Asterion shall be entitled to be compensated for its services at the rates set forth in the Application and exhibit, as well as reimbursement of out of pocket expenses; and it is further

ORDERED, that Asterion's fees are subject to and conditioned upon the approval of this Court pursuant to 11 U.S.C. § 330 and in accordance with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 33 (3rd Cir. 1994).

BY THE COURT:

_____
ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE