IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| RONALD L. MOYER | : | BANKRUPTCY NO. 17-11621(AMC) |
| | : | |
| Debtor | : | |

## ORDER

AND NOW, this 17th day of January, 2018, upon consideration of the Application of Christine C. Shubert, Chapter 7 Trustee, to Employ Karalis PC as Counsel, IT IS HEREBY

ORDERED, that Karalis PC is appointed as counsel to the Trustee effective as of the date of the Application. Compensation shall be allowed only after approval of an Application in procedural conformity with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 833 (3rd Cir. 1994).

BY THE COURT:

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE