IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| RONALD L. MOYER | : | BANKRUPTCY NO. 17-11621(AMC) |
| | : | |
| Debtor | : | |
| | : | |

PRAECIPE TO WITHDRAW THE APPEARANCE OF
MASCHMEYER KARALIS P.C. AS COUNSEL

TO THE CLERK OF THE COURT:

Kindly withdraw the appearance of Maschmeyer Karalis P.C. as counsel to the Trustee effective as of December 31, 2017.

MASCHMEYER KARALIS P.C.

By: /s/ Aris J. Karalis
ARIS J. KARALIS
1900 Spruce Street
Philadelphia, PA  19103
(215) 546-4500

Dated: January 19, 2018