## MASCHMEYER KARALIS P.C.
## SUMMARY OF SERVICES RENDERED

| NAME | INITIALS | RATE | HOURS | TOTAL |
|---|---|---|---|---|
| Paul B. Maschmeyer | PBM | $530.00 | 1.70 | $901.00 |
| Robert W. Seitzer | RWS | $390.00 | 19.10 | $7,449.00 |
| Jill Hysley | JH | $130.00 | 2.70 | $351.00 |
| **TOTALS** | | | **23.50** | **$8,701.00** |