December 31, 2017

Christine Shubert
821 Wesley Avenue
Ocean City, NJ 08226

**EXHIBIT A**

Attention:

MATTER:    8841-a
INVOICE:   19017

RONALD L. MOYER

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-08-17 | Email received: Shubert; confer on the value of the house | 0.10 | 53.00 | PBM |
|  | Review application to employ | 0.30 | 159.00 | PBM |
| Jun-09-17 | Review application to employ broker | 0.30 | 159.00 | PBM |
| Jun-23-17 | Email received: Email received: disclosure statement on the real estate sale | 0.20 | 106.00 | PBM |
| Jul-19-17 | Email received: Seitzer: confer on the agreement of sale | 0.20 | 106.00 | PBM |
| Sep-06-17 | Email received: confer on the settlement | 0.10 | 53.00 | PBM |
| Sep-22-17 | Email received: confer on status of sale of property | 0.10 | 53.00 | PBM |
| Nov-21-17 | Review the HUD1 | 0.20 | 106.00 | PBM |
| Nov-30-17 | Email received: confer on status of the Application to Employ Scherf as Accountant | 0.10 | 53.00 | PBM |
| Dec-15-17 | Email received: order authorizing special counsel employment | 0.10 | 53.00 | PBM |
| Jun-08-17 | Review of Schedules & SOFA | 0.50 | 195.00 | RWS |
|  | Review of various pleadings in Chapter 13 | 0.60 | 234.00 | RWS |
|  | Telephone conference with Barndt re: sale of property | 0.30 | 117.00 | RWS |
|  | Telephone conference with Philips re: sale of property | 0.20 | 78.00 | RWS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Prepared email to Philips re: sale of property | 0.20 | 78.00 | RWS |
| | Prepared email to Barndt re: listing of house | 0.10 | 39.00 | RWS |
| Jun-09-17 | Review & revised Application to Employ Broker | 0.60 | 234.00 | RWS |
| | Prepared email to Barndt re: Employment | 0.20 | 78.00 | RWS |
| | Prepared further revised Application to Employ Broker re: Barndt Changes | 0.20 | 78.00 | RWS |
| Jun-22-17 | Prepared email to Barndt re: employment | 0.10 | 39.00 | RWS |
| Jun-23-17 | Review & revise listing documents | 0.40 | 156.00 | RWS |
| | Prepared email to Shubert re: listing documents | 0.10 | 39.00 | RWS |
| Jun-26-17 | Prepared email to Barndt re: executed listing documents | 0.20 | 78.00 | RWS |
| Jun-28-17 | Telephone conference with Shubert re: Chapter 13 Fee Application | 0.20 | 78.00 | RWS |
| Jun-29-17 | Review of Debtor's Counsel's Fee Application | 0.10 | 39.00 | RWS |
| | Research re: 522(d)(1) exemption & mixed use property | 0.40 | 156.00 | RWS |
| | Telephone conference with Philips re: Fee Application | 0.10 | 39.00 | RWS |
| Jun-30-17 | Review of revised Debtor's Counsel's Fee Application | 0.10 | 39.00 | RWS |
| Jul-18-17 | Review of Giosuelo AOS | 0.30 | 117.00 | RWS |
| | Prepared email to Barndt re: Giosuelo AOS | 0.20 | 78.00 | RWS |
| Jul-24-17 | Prepared email to Barndt re: AOS changes | 0.10 | 39.00 | RWS |
| Jul-25-17 | Review of revised Giosuelo AOS | 0.30 | 117.00 | RWS |
| | Prepared Sale Motion | 1.00 | 390.00 | RWS |
| Jul-26-17 | Prepared revised Sale Motion | 1.20 | 468.00 | RWS |
| Jul-28-17 | Review of title search | 0.40 | 156.00 | RWS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Aug-01-17 | Telephone conference with Horning re: Sale Motion & Liens | 0.30 | 117.00 | RWS |
| | Prepared 2 emails to Barndt re: deposit | 0.10 | 39.00 | RWS |
| Aug-29-17 | Prepared for Hearing re: Sale Motion | 0.30 | 117.00 | RWS |
| Aug-30-17 | Court appearance re: Sale Hearing | 0.40 | 156.00 | RWS |
| | Prepared 2 emails to Barndt re: closing issues | 0.20 | 78.00 | RWS |
| Sep-07-17 | Review of Title Commitment | 0.50 | 195.00 | RWS |
| Sep-08-17 | Review & revise Closing Documents | 0.40 | 156.00 | RWS |
| Sep-11-17 | Prepared further revised Closing Documents | 0.70 | 273.00 | RWS |
| Sep-18-17 | Telephone conference with Shubert re: closing issues | 0.20 | 78.00 | RWS |
| Sep-20-17 | Prepared sale distribution analysis to account for excavator | 0.30 | 117.00 | RWS |
| | Conference with Shubert re: closing issues | 0.30 | 117.00 | RWS |
| Sep-22-17 | Prepared 3 emails to Barndt re: closing issues | 0.20 | 78.00 | RWS |
| Sep-25-17 | Prepared email to Barndt re: claims | 0.10 | 39.00 | RWS |
| Sep-27-17 | Telephone conference with Shubert re: closing issues | 0.20 | 78.00 | RWS |
| Sep-28-17 | Prepared email to Shubert re: closing | 0.10 | 39.00 | RWS |
| Oct-03-17 | Review of change in Terms Agreement | 0.10 | 39.00 | RWS |
| Oct-04-17 | Review of mortgage payoff | 0.20 | 78.00 | RWS |
| | Research re: default interest issues | 1.40 | 546.00 | RWS |
| | Telephone conference with Salzarulo re: tax issue | 0.30 | 117.00 | RWS |
| | Two telephone conferences with Solarz re: mortgage payoff | 0.40 | 156.00 | RWS |
| Oct-09-17 | Telephone conference with Scherf & Salzarulo re: capital gains issues | 0.20 | 78.00 | RWS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Nov-09-17 | Prepared email to Solarz re: closing issues | 0.10 | 39.00 | RWS |
| Nov-10-17 | Prepared sale distribution analysis | 0.60 | 234.00 | RWS |
| Nov-16-17 | Review of revised mortgage payoff | 0.20 | 78.00 | RWS |
| | Prepared revised Distribution Analysis | 0.30 | 117.00 | RWS |
| Nov-17-17 | Review of draft HUD-1 | 0.30 | 117.00 | RWS |
| | Prepared email to Barndt re: HUD-1 | 0.20 | 78.00 | RWS |
| Nov-19-17 | Letter to Harris re: Closing | 0.30 | 117.00 | RWS |
| Nov-21-17 | Review of revised HUD-1 | 0.10 | 39.00 | RWS |
| | Review of further revised HUD-1 | 0.20 | 78.00 | RWS |
| | Prepared Report of Sale | 0.40 | 156.00 | RWS |
| Nov-24-17 | Prepared revised Report of Sale | 0.20 | 78.00 | RWS |
| Nov-27-17 | Review & revise Application to Employ Asterion | 0.30 | 117.00 | RWS |
| Dec-01-17 | Prepared further revised Application to Employ Asterion | 0.20 | 78.00 | RWS |
| Dec-20-17 | Review of request from accountant re: tax return issues | 0.20 | 78.00 | RWS |
| Dec-22-17 | Letter to Salzarulo re: tax information & documents | 0.30 | 117.00 | RWS |
| | Prepared email to Phillips re: tax issues | 0.20 | 78.00 | RWS |
| Jun-08-17 | Prepared e-mail to Shubert re: Application to Employ Counsel | 0.10 | 13.00 | JH |
| | Review of e-mail from Shubert re: Application to Employ Counsel | 0.10 | 13.00 | JH |
| | Prepared Application to Employ Broker | 0.50 | 65.00 | JH |
| | Prepared Application to Employ Counsel | 0.50 | 65.00 | JH |
| Jun-19-17 | Prepared Certificate of No Response to Application to Employ Counsel | 0.20 | 26.00 | JH |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Prepared Certificate of No Response to Application to Employ Broker | 0.20 | 26.00 | JH |
| Aug-18-17 | Review of docket and prepare Certificate of No Response to Sale Motion | 0.30 | 39.00 | JH |
| Nov-27-17 | Prepared Application to Employ Asterion | 0.50 | 65.00 | JH |
| Dec-12-17 | Review of docket and prepare Certificate of No Response to Application to Employ Accountant | 0.30 | 39.00 | JH |
| | Totals | 23.50 | $8,701.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| P. B. Maschmeyer | 1.70 | $530.00 | $901.00 |
| Robert W. Seitzer | 19.10 | $390.00 | $7,449.00 |
| Jill Hysley | 2.70 | $130.00 | $351.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| | Correspondence - Copy Charge | 4.00 |
| | Application to Employ Accountant - Copy Charge | 2.60 |
| | Application to Employ Real Estate Broker - Copy Charge | 5.20 |
| | Certification of No Objection - Copy Charge | 7.00 |
| | Motion - Copy Charge | 52.40 |
| Jun-30-17 | Pacer Service Charges for June | 6.80 |
| Jul-26-17 | Search Completed by Red Vision Systems | 111.00 |
| | Mail - Notice -13 | 5.98 |
| | Mail - Motion -4 | 7.64 |
| | Filing Fee - Sale Motion | 181.00 |
| Jul-31-17 | Pacer Service Charges for July | 0.10 |
| Aug-18-17 | Mail - Certificate of No Objection -4 | 1.84 |
| Aug-30-17 | Cab fare to & from Court for RWS (Sale Hearing) | 16.00 |
| Aug-31-17 | Pacer Service Charges for August | 4.20 |

| Invoice:19017 | | Matter:8841 | Page 6 |
|---|---|---|---|
| Nov-20-17 | Federal Express - Inv. No.: 6-007-07091 | 20.58 | |
| Dec-31-17 | Pacer Service Charges forDecember | 2.40 | |

Totals                                            $428.74

**Balance Due Now**                    **$9,129.74**