IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| RONALD L. MOYER | : | BANKRUPTCY NO. 17-11621(AMC) |
| | : | |
| Debtor | : | |
| | : | |

ORDER SCHEDULING EXPEDITED HEARING WITH REDUCED
NOTICE PERIOD ON THE MOTION OF CHRISTINE C. SHUBERT,
CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER AUTHORIZING
PAYMENT OF POST-PETITION TAXES TO THE UNITED STATES
TREASURY AND THE PENNSYLVANIA DEPARTMENT OF REVENUE

**AND NOW**, on this 4th day of April, 2018, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee, For Entry of Orders (I) Authorizing Payment of Post-Petition Taxes to the United States Treasury and the Pennsylvania Department of Revenue and (II) Granting the Request for an Expedited Hearing with Reduced Notice Period (the "Motion")[1], and sufficient cause being shown; it is hereby, **ORDERED**, that:

1. The request for an expedited hearing with reduced notice period is **GRANTED**.

2. A hearing to consider the Motion is hereby scheduled for **April 11, 2018 at 11 a.m. before The Honorable Ashely M. Chan in Courtroom No. 5, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all will be considered at the hearing.

4. Counsel to the Trustee shall serve the Motion and this Order upon (i) the Office of the United States Trustee; (ii) the Debtor's counsel; (iii) the Treasury; (iv) the PADR; and (v) all parties who have timely filed requests for notices pursuant to Fed.R.Bankr.P. 2002 via ecf

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Motion.

transmission, e-mail, Federal Express, or overnight mail no later than 5:00 p.m. on **April 5, 2018.**

5. Counsel to the Trustee shall serve this Order on all other parties in interest, including all creditors, via U.S. First Class Mail, postage pre-paid, no later than 5:00 p.m. on **April 6, 2018.**

6. Prior to the hearing, counsel to the Trustee shall file a Certification setting forth compliance with the service requirements put forth herein.

BY THE COURT:

_____
ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE