# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| RONALD L. MOYER | BANKRUPTCY NO. 17-11621(AMC) |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire, hereby certify that on the 4th day of April, 2018 I directed to be served a copy of the Order Scheduling an Expedited Hearing on the Motion of Christine C. Shubert, Chapter 7 Trustee, For Entry of Orders (I) Authorizing Payment of Post-Petition Taxes to the United States Treasury and the Pennsylvania Department of Revenue and (II) Granting the Request for an Expedited Hearing With Reduced Notice Period upon the parties on the attached list in the manner indicated thereon.

**KARALIS PC**

By: /s/ Robert W. Seitzer
Robert W. Seitzer, Esquire
Attorneys for the Trustee

Dated: April 4, 2018

**VIA U.S. FIRST CLASS MAIL**

Advance Recovery Systems
POB 80766
Valley Forge, PA 19484

B&H 'the Home Market
30 East Fourth Street
East Greenville, PA 18041

Bucks Run Oil
POB 3
Springtown, PA 18081

Comcast
POB 3001
Southeastern, PA 19398-3001

Kerver's Heating & Cooling, Inc.
633 Gravel Pike
East Greenville, PA 18041

Peerless Credit Services, Inc.
P.O. Box 518
Middletown, PA 17057-0518

PPL Electric Utilities
827 Hausman Road
Allentown, PA 18104-9392

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Publishers Clearing House
POB 6344
Harlan, IA 51593-1844

QNB
P.O. Box 9005
Quakertown, PA 18951

St Lukes Phsician's Group
2223 Linden Street
Bethlehem, PA 18017

Sunrise Credit Services, Inc.
POB 9100
Farmingdale, NY 11735-9100

Upper Perkiomen Valley Ambulance
2199 E Buck Rd
Pennsburg, PA 18073