# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| RONALD L. MOYER | : | BANKRUPTCY NO. 17-11621(AMC) |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire, hereby certify that on the 4th day of April, 2018, I directed that a true copy of the Motion of Christine C. Shubert, Chapter 7 Trustee, For Entry of Orders (I) Authorizing Payment of Post-Petition Taxes to the United States Treasury and the Pennsylvania Department of Revenue and (II) Granting the Request for an Expedited Hearing With Reduced Notice Period and the Order Scheduling an Expedited Hearing on the Motion to be served upon the parties on the attached list in the manner indicated thereon.

**KARALIS PC**

By: /s/ Robert W. Seitzer
Robert W. Seitzer, Esquire
Attorneys for the Trustee

Dated: April 4, 2018

| | | |
|---|---|---|
| **VIA ECF TRANSMISSION** | Gregory W. Philips, Esquire<br>Yergey Daylor Allebach Scheffey Picardi<br>1129 High Street<br>P.O. Box 776<br>Pottstown, PA 19464-0776 | Christine C. Shubert, Esquire<br>821 Wesley Avenue<br>Ocean City, NJ 08226 |
| **VIA E-MAIL** | Kevin P. Callahan, Esquire<br>Office of the United States Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107<br>kevin.p.callahan@usdoj.gov | Stephen J. Scherf, CPA<br>Asterion, Inc.<br>215 S. Broad Street, 3rd Floor<br>Philadelphia, PA 19107<br>sscherf@asterion-consulting.com |
| **VIA OVERNIGHT MAIL** | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | PA Department of Revenue<br>Attn: Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |