United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ronald L. Moyer  
      Debtor

Case No. 17-11621-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Apr 04, 2018  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.  
db          #+Ronald L. Moyer,    324 Main Street,    East Greenville, PA 18041-1302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:

         CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com  
         CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com  
         GREGORY W. PHILIPS    on behalf of Debtor Ronald L. Moyer gwphilips@ydasp.com, philipslaw@comcast.net  
         GREGORY W. PHILIPS    on behalf of Attorney Gregory W Philips gwphilips@ydasp.com, philipslaw@comcast.net  
         PAUL BRINTON MASCHMEYER    on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer357@gmail.com, FMarinas@msn.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
         ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com, jhysley@karalislaw.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                            TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | **CHAPTER 7** |
| : | |
| **RONALD L. MOYER** : | **BANKRUPTCY NO. 17-11621(AMC)** |
| : | |
| **Debtor** : | |
| : | |

### ORDER SCHEDULING EXPEDITED HEARING WITH REDUCED NOTICE PERIOD ON THE MOTION OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER AUTHORIZING PAYMENT OF POST-PETITION TAXES TO THE UNITED STATES TREASURY AND THE PENNSYLVANIA DEPARTMENT OF REVENUE

**AND NOW**, on this 4th day of April, 2018, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee, For Entry of Orders (I) Authorizing Payment of Post-Petition Taxes to the United States Treasury and the Pennsylvania Department of Revenue and (II) Granting the Request for an Expedited Hearing with Reduced Notice Period (the "<u>Motion</u>")[1], and sufficient cause being shown; it is hereby, **ORDERED**, that:

1. The request for an expedited hearing with reduced notice period is **GRANTED**.

2. A hearing to consider the Motion is hereby scheduled for **April 11, 2018 at 11 a.m. before The Honorable Ashely M. Chan in Courtroom No. 5, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107**.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all will be considered at the hearing.

4. Counsel to the Trustee shall serve the Motion and this Order upon (i) the Office of the United States Trustee; (ii) the Debtor's counsel; (iii) the Treasury; (iv) the PADR; and (v) all parties who have timely filed requests for notices pursuant to Fed.R.Bankr.P. 2002 via ecf

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Motion.

transmission, e-mail, Federal Express, or overnight mail no later than 5:00 p.m. on **April 6**, **2018**.

5. Counsel to the Trustee shall serve this Order on all other parties in interest, including all creditors, via U.S. First Class Mail, postage pre-paid, no later than 5:00 p.m. on **April 6, 2018**.

6. Prior to the hearing, counsel to the Trustee shall file a Certification setting forth compliance with the service requirements put forth herein.

BY THE COURT:

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE