IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| RONALD L. MOYER | : | BANKRUPTCY NO. 17-11621(AMC) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of the First Interim Application of Maschmeyer Karalis P.C. ("MK") for Compensation and Reimbursement of Expenses as Counsel to the Trustee, it is hereby

ORDERED that the sum of $8,701.00 is allowed as reasonable compensation for the services rendered and $428.74 for reimbursement of expenses for a total of $9,129.74, both of which shall be paid to MK as Counsel for Trustee for services rendered and costs expended for the period June 8, 2017 through December 31, 2017.

BY THE COURT:

**Date: April 9, 2018**

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE