United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-11621-amc
Ronald L. Moyer                                                 Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: YvetteWD            Page 1 of 1           Date Rcvd: Apr 09, 2018
                              Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2018.
db              #+Ronald L. Moyer,    324 Main Street,    East Greenville, PA 18041-1302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2018 at the address(es) listed below:
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              CHRISTINE C. SHUBERT     christine.shubert@comcast.net, J100@ecfcbis.com
              GREGORY W. PHILIPS    on behalf of Debtor Ronald L. Moyer gwphilips@ydasp.com,
               philipslaw@comcast.net
              GREGORY W. PHILIPS    on behalf of Attorney Gregory W Philips gwphilips@ydasp.com,
               philipslaw@comcast.net
              PAUL BRINTON MASCHMEYER    on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer357@gmail.com,
               FMarinas@msn.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              ROBERT W. SEITZER    on behalf of Attorney    Maschmeyer Karalis P.C. rseitzer@karalislaw.com,
               jhysley@karalislaw.com
              ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com,
               jhysley@karalislaw.com
              ROBERT W. SEITZER    on behalf of Attorney    KARALIS PC rseitzer@karalislaw.com,
               jhysley@karalislaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| RONALD L. MOYER | : | BANKRUPTCY NO. 17-11621(AMC) |
| | : | |
| Debtor | : | |

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of the First Interim Application of Maschmeyer Karalis P.C. ("MK") for Compensation and Reimbursement of Expenses as Counsel to the Trustee, it is hereby

ORDERED that the sum of $8,701.00 is allowed as reasonable compensation for the services rendered and $428.74 for reimbursement of expenses for a total of $9,129.74, both of which shall be paid to MK as Counsel for Trustee for services rendered and costs expended for the period June 8, 2017 through December 31, 2017.

BY THE COURT:

**Date: April 9, 2018**

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE