IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| | : | |
| RONALD L. MOYER | : | BANKRUPTCY NO. 17-11621(AMC) |
| | : | |
| Debtor | : | |
| | : | |

ORDER

AND NOW, this 11th day of April, 2018, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), for Entry of an Order Authorizing Payment of Post-Petition Taxes to the United States Treasury and the Pennsylvania Department of Revenue (the "Motion"), and sufficient cause being shown; it is hereby, **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to pay the sum of $249.00 to the United States Treasury.

3. The Trustee is authorized to pay the sum of $1,009.00 to the Pennsylvania Department of Revenue.

BY THE COURT:

_____
ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE