United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-11621-amc
Ronald L. Moyer                                                         Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: YvetteWD              Page 1 of 1                Date Rcvd: Apr 12, 2018
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.
db             #+Ronald L. Moyer,    324 Main Street,    East Greenville, PA 18041-1302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                              Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2018 at the address(es) listed below:
     CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com
     CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
     GREGORY W. PHILIPS    on behalf of Debtor Ronald L. Moyer gwphilips@ydasp.com, philipslaw@comcast.net
     GREGORY W. PHILIPS    on behalf of Attorney Gregory W Philips gwphilips@ydasp.com, philipslaw@comcast.net
     PAUL BRINTON MASCHMEYER    on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer357@gmail.com, FMarinas@msn.com
     REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
     ROBERT W. SEITZER    on behalf of Attorney    Maschmeyer Karalis P.C. rseitzer@karalislaw.com, jhysley@karalislaw.com
     ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com, jhysley@karalislaw.com
     ROBERT W. SEITZER    on behalf of Attorney    KARALIS PC rseitzer@karalislaw.com, jhysley@karalislaw.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                            TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **RONALD L. MOYER** | : | **BANKRUPTCY NO. 17-11621(AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

AND NOW, this 11th day of April, 2018, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), for Entry of an Order Authorizing Payment of Post-Petition Taxes to the United States Treasury and the Pennsylvania Department of Revenue (the "Motion"), and sufficient cause being shown; it is hereby, **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to pay the sum of $249.00 to the United States Treasury.

3. The Trustee is authorized to pay the sum of $1,009.00 to the Pennsylvania Department of Revenue.

BY THE COURT:

_____
ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE