```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                         Case No. 17-11621-amc
Ronald L. Moyer                                                Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia            Page 1 of 1          Date Rcvd: May 04, 2018
                              Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db              #+Ronald L. Moyer,    324 Main Street,    East Greenville, PA 18041-1302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              GREGORY W. PHILIPS    on behalf of Debtor Ronald L. Moyer gwphilips@ydasp.com,
               philipslaw@comcast.net
              GREGORY W. PHILIPS    on behalf of Attorney Gregory W Philips gwphilips@ydasp.com,
               philipslaw@comcast.net
              PAUL BRINTON MASCHMEYER     on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer357@gmail.com,
               FMarinas@msn.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              ROBERT W. SEITZER    on behalf of Attorney    Maschmeyer Karalis P.C. rseitzer@karalislaw.com,
               jhysley@karalislaw.com
              ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com,
               jhysley@karalislaw.com
              ROBERT W. SEITZER    on behalf of Attorney    KARALIS PC rseitzer@karalislaw.com,
               jhysley@karalislaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: 5/4/2018

IN RE:                                            :        Chapter 7

Ronald L. Moyer
       Debtor(s)                             :        Bankruptcy No. 17-11621 AMC

## CERTIFICATION OF COSTS

The sum of $-0- has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 on or before N/A.

The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | Admin. Fee Paid on 3/8/2017-No additional charge | |
| Claims | | |
| Certifications | | |
| Adversary Complaints | None filed or | $-0- |
| | None chargeable | |
| Copies | | |
| | TOTAL: | $-0- |

Dated at Philadelphia, Pennsylvania
this 4th day of May, 2018

TIMOTHY B. MCGRATH, Clerk

By: <u>Virginia S. De Buvitz</u>
     Deputy Clerk

Certcost 8/99