IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| | : | |
| RONALD L. MOYER | : | BANKRUPTCY NO. 17-11621(AMC) |
| | : | |
| Debtor | : | |
| | : | |

### ORDER

**AND NOW**, this _____ day of _____, 2018, upon consideration of the First Interim Application of Karalis PC ("KPC") for Compensation and Reimbursement of Expenses as Counsel to the Trustee, it is hereby

**ORDERED** that the sum of $1,365.00 is allowed as reasonable compensation for the services rendered and $111.62 for reimbursement of expenses for a total of $1,476.62, both of which shall be paid to KPC as Counsel for Trustee for services rendered and costs expended for the period January 3, 2018 through April 29, 2018.

BY THE COURT:

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

**Date: May 17, 2018**