**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia DIVISION**

In re:  MOYER, RONALD L.                    §   Case No. 17-11621-AMC
                                            §
                                            §
                                            §
         Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on 03/08/2017. The case was converted to one under Chapter 7 on 05/12/2017. The undersigned trustee was appointed on 05/15/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $      270,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 170,864.81 |
| Administrative expenses | 25,358.92 |
| Bank service fees | 378.67 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 23,675.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 49,722.60 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/10/2017 and the deadline for filing governmental claims was 11/08/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $15,156.33. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $15,156.33, for a total compensation of $15,156.33[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $36.73 for total expenses of $36.73[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/04/2018     By: /s/ Christine C. Shubert
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 17-11621-AMC  
**Case Name:** MOYER, RONALD L.  
**For Period Ending:** 05/04/2018

**Trustee Name:** (500770) Christine C. Shubert  
**Date Filed (f) or Converted (c):** 05/12/2017 (c)  
**§ 341(a) Meeting Date:** 06/19/2017  
**Claims Bar Date:** 09/10/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 324 Main Street, East Greenville, PA 18041-0000, Montgomery County<br><br>Duplex or multi-unit building, Debtor's Residence contains retail space on the first floor and living space on the second floor. Value of Property is 233,359.00 minus 10% costs of sale and marketing for a value of $210,023.00. Entire property value: $210,023.00 Trustee will be liquidating this asset | 210,023.00 | 239,999.00 | | 270,000.00 | FA |
| 2 | Household furnishings including Kitchen Appliances,, Kitchen table and chairs, living room furniture, bedroom suite, linens, flatware, glassware, cups and plates, bathroom accessories, dressers, beds, etc. | 2,500.00 | 0.00 | | 0.00 | FA |
| 3 | Television, radio, computer, printer | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Everyday Wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Watch, wedding band | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Equipment used for the sight impaired. | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: Univest Bank and Trust Co. | 55.89 | 0.00 | | 0.00 | FA |
| **8** | **Assets Totals (Excluding unknown values)** | **$216,628.89** | **$239,999.00** | | **$270,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

  3/2018-final fee apps being filed  
  Accountant retained 12/2017  
  Property sold 8/2017  
  Trustee will be selling real estate - broker to be appointed - 6/17

**Initial Projected Date Of Final Report (TFR):** 12/15/2017      **Current Projected Date Of Final Report (TFR):** 05/07/2018 (Actual)

**Form 2**

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-11621-AMC | Trustee Name: | Christine C. Shubert (500770) |
|---|---|---|---|
| Case Name: | MOYER, RONALD L. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4104 | Account #: | ******3600 Checking |
| For Period Ending: | 05/04/2018 | Blanket Bond (per case limit): | $16,510,275.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/03/17 | {1} | GIOSUELL LLC | DEPOSIT FOR SALE OF REAL ESTATE | 1110-000 | 5,000.00 | | 5,000.00 |
| 11/22/17 | {1} | Manatawny Land Transfer | Net proceeds from sale of 324 Main Street, East Greenville, PA | 1110-000 | 463,789.79 | | 468,789.79 |
| 11/22/17 | | Manatawny Land Transfer | net proceeds from sale of 324 Main Street, East Greenville, PA | | 46,379.79 | | 515,169.58 |
| | {1} | Giosuell LLC | Gross Sales Price $270,000.00 | 1110-000 | | | 515,169.58 |
| | {1} | Giosuelo LLC | Deposit previously received -$5,000.00 | 1110-000 | | | 515,169.58 |
| | | Bayview Loan Servicing | Mortgage Payoff -$170,864.81 | 4110-000 | | | 515,169.58 |
| | | Ronald L Moyer | Exemption per Order -$23,675.00 | 8100-002 | | | 515,169.58 |
| | | $The Barndt Agency Inc | Commission less tax credits in the amount of $2,809.44 -$13,390.56 | 3510-000 | | | 515,169.58 |
| | | Manatawny Land Transfer | UPS Proceeds -$15.00 | 2500-000 | | | 515,169.58 |
| | | Deed | State tax/stamps -$2,700.00 | 2500-000 | | | 515,169.58 |
| | | Manatawny Land Transfer | Reimb Tax/Water/Sewer Cert -$130.00 | 2500-000 | | | 515,169.58 |
| | | Upper Montgomery Joint Authority | Final Sewer -$1,233.18 | 2500-000 | | | 515,169.58 |
| | | East Greenville Borough | Final Water -$799.59 | 2500-000 | | | 515,169.58 |
| | | Hildenbrand Execavating Inc | repair lateral req by TWP -$5,642.07 | 2500-000 | | | 515,169.58 |
| | | The Barndt Agency | Reimb. U&O -$150.00 | 2500-000 | | | 515,169.58 |
| | | Manatawny Land Transfer | Wire Mortgage Payoff -$20.00 | 2500-000 | | | 515,169.58 |
| 11/22/17 | {1} | Manatawny Land Transfer | Deposit Reversal: Net proceeds from sale of 324 Main Street, East Greenville, PA | 1110-000 | -463,789.79 | | 51,379.79 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.34 | 51,366.45 |
| 12/22/17 | 101 | International Sureties | Bond #016026390 | 2300-000 | | 20.52 | 51,345.93 |
| | | | **Page Subtotals:** | | **$51,379.79** | **$33.86** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                                    ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-11621-AMC | Trustee Name: | Christine C. Shubert (500770) |
|---|---|---|---|
| Case Name: | MOYER, RONALD L. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4104 | Account #: | ******3600 Checking |
| For Period Ending: | 05/04/2018 | Blanket Bond (per case limit): | $16,510,275.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 71.17 | 51,274.76 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 81.13 | 51,193.63 |
| 02/07/18 | | Transfer to United Bank acct ********3429 | Transfer to United Bank acct ********3429 | 9999-000 | | 51,193.63 | 0.00 |
| | | **COLUMN TOTALS** | | | **51,379.79** | **51,379.79** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 51,193.63 | |
| | | **Subtotal** | | | **51,379.79** | **186.16** | |
| | | Less: Payments to Debtors | | | | 23,675.00 | |
| | | **NET Receipts / Disbursements** | | | **$51,379.79** | **-$23,488.84** | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)                                              ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 17-11621-AMC | Trustee Name: | Christine C. Shubert (500770) |
|---|---|---|---|
| Case Name: | MOYER, RONALD L. | Bank Name: | United Bank |
| Taxpayer ID #: | **-***4104 | Account #: | ********3429 Checking Account |
| For Period Ending: | 05/04/2018 | Blanket Bond (per case limit): | $16,510,275.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/07/18 | | Transfer from Rabobank acct ******3600 | Transfer from Rabobank acct ******3600 | 9999-000 | 51,193.63 | | 51,193.63 |
| 02/28/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 68.72 | 51,124.91 |
| 03/30/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 73.53 | 51,051.38 |
| 04/11/18 | 1000 | US Treasury | 2017 Form 1041, EIN 30-6574104  Per court order of 4/11/18 | 2810-000 | | 249.00 | 50,802.38 |
| 04/11/18 | 1001 | Pennsylvania Department of Revenue | 2017 PA-41; EIN 30-6574104  Per court order of 4/11/18 | 2820-000 | | 1,009.00 | 49,793.38 |
| 04/30/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 70.78 | 49,722.60 |
| | | **COLUMN TOTALS** | | | 51,193.63 | 1,471.03 | **$49,722.60** |
| | | Less: Bank Transfers/CDs | | | 51,193.63 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 1,471.03 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$1,471.03** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TFR (5/1/2011)**            *! - transaction has not been cleared*

# Form 2

Exhibit B
Page: 4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-11621-AMC | **Trustee Name:** | Christine C. Shubert (500770) |
| **Case Name:** | MOYER, RONALD L. | **Bank Name:** | United Bank |
| **Taxpayer ID #:** | **-***4104 | **Account #:** | ********3429 Checking Account |
| **For Period Ending:** | 05/04/2018 | **Blanket Bond (per case limit):** | $16,510,275.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $51,379.79 |
| Plus Gross Adjustments: | $218,620.21 |
| Less Payments to Debtor: | $23,675.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $246,325.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3600 Checking | $51,379.79 | -$23,488.84 | $0.00 |
| ********3429 Checking Account | $0.00 | $1,471.03 | $49,722.60 |
| | **$51,379.79** | **-$22,017.81** | **$49,722.60** |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

Case: 17-11621-AMC     RONALD L. MOYER

Claims Bar Date: 09/10/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ACCTEXP | ASTERION. INC<br>215 S. Broad Street<br>3rd Floor<br>Philadelphia, PA 19107<br><3420-000 Accountant for Trustee Expenses (Other Firm)><br>, 200<br>FEE APP FILED 4/30/18 DOC 84 | Administrative<br>04/30/18 | | $6.70<br>$6.70 | $0.00 | $6.70 |
| ACCTFEE | ASTERION. INC<br>215 S. Broad Street<br>3rd Floor<br>Philadelphia, PA 19107<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 200<br>FEE APP FILED 4/30/18 DOC 84 | Administrative<br>04/30/18 | | $6,201.50<br>$6,201.50 | $0.00 | $6,201.50 |
| ATTYEXP | Maschmeyer and Karalis<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200<br>Order 4/9/18, Doc 77 | Administrative<br>04/30/18 | | $428.74<br>$428.74 | $0.00 | $428.74 |
| ATTYEXP2 | Karalis, PC<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200<br>Order 4/30/18 Doc 85 | Administrative<br>04/30/18 | | $111.62<br>$111.62 | $0.00 | $111.62 |
| ATTYFEE | Maschmeyer and Karalis<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200<br>Order 4/9/18, Doc 77 | Administrative<br>04/30/18 | | $8,701.00<br>$8,701.00 | $0.00 | $8,701.00 |

Page: 2

# Exhibit C

## Analysis of Claims Register

**Case: 17-11621-AMC**     **RONALD L. MOYER**

Claims Bar Date: 09/10/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ATTYFEE2 | Karalis, PC<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200<br>Order 4/30/18 Doc 85 | Administrative<br>04/30/18 | | $1,365.00<br>$1,365.00 | $0.00 | $1,365.00 |
| FEE | Christine C. Shubert<br>821 Wesley Ave<br>Ocean City, NJ 08226<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>11/30/17 | | $15,156.33<br>$15,156.33 | $0.00 | $15,156.33 |
| TE | Christine C. Shubert<br>821 Wesley Ave<br>Ocean City, NJ 08226<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>05/02/18 | | $36.73<br>$36.73 | $0.00 | $36.73 |
| DATTYEXP | Yergey Daylor Allebach Scheffey Picardi<br>Attn: Gregory W. Phillips<br>1129 High Street, PO Box 776<br>Pottstown, PA 19464-0776<br><6710-000 Other Prior Chapter Professional Expenses><br>, 300<br>Order 9/5/17 Doc 55 - $335 less previously paid $310 | Administrative<br>04/30/18 | | $335.00<br>$25.00 | $0.00 | $25.00 |
| DATTYFEE | Yergey Daylor Allebach Scheffey Picardi<br>Attn: Gregory W. Phillips<br>1129 High Street, PO Box 776<br>Pottstown, PA 19464-0776<br><6700-000 Other Prior Chapter Professional Fees><br>, 300<br>Order 9/5/17 Doc 55 | Administrative<br>04/30/18 | | $4,000.00<br>$4,000.00 | $0.00 | $4,000.00 |
| SURPLUS | MOYER, RONALD L.<br>324 MAIN STREET<br>EAST GREENVILLE, PA 18041<br><8200-000 Surplus Funds Paid to Debtor Section 726(a)(6)><br>, 650 | Unsecured<br>05/02/18 | | $0.00<br>$8,198.41 | $0.00 | $8,198.41 |

UST Form 101-7-TFR (5/1/2011)

Page: 3

# Exhibit C
## Analysis of Claims Register

**Case:** 17-11621-AMC           **RONALD L. MOYER**

Claims Bar Date: 09/10/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Upper Montgomery Joint Authority, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610  Valid claim | Unsecured 04/05/17 | | $310.04 $310.04 | $0.00 | $310.04 |
| 1I | Upper Montgomery Joint Authority, <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 05/02/18 | | N/A $4.26 | $0.00 | $4.26 |
| 2 | Borough of East Greenville, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610  Valid claim | Unsecured 04/13/17 | | $323.78 $323.78 | $0.00 | $323.78 |
| 2I | Borough of East Greenville, <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 05/02/18 | | N/A $4.45 | $0.00 | $4.45 |
| 3 | PPL Electric Utilities, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610  Valid claim | Unsecured 06/08/17 | | $2,743.88 $2,743.88 | $0.00 | $2,743.88 |
| 3I | PPL Electric Utilities, <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 05/02/18 | | N/A $37.72 | $0.00 | $37.72 |
| 4 | Kerver's Heating & Cooling, Inc., <7100-000 Section 726(a)(2) General Unsecured Claims> , 610  Valid claim | Unsecured 08/07/17 | | $2,039.40 $2,039.40 | $0.00 | $2,039.40 |
| 4I | Kerver's Heating & Cooling, Inc., <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 05/02/18 | | N/A $28.04 | $0.00 | $28.04 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 4

# Exhibit C
## Analysis of Claims Register

**Case:** 17-11621-AMC          **RONALD L. MOYER**

Claims Bar Date: 09/10/17

**Case Total:**          **$0.00**          **$49,722.60**

**UST Form 101-7-TFR (5/1/2011)**

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-11621-AMC
Case Name: RONALD L. MOYER
Trustee Name: Christine C. Shubert

**Balance on hand:**   $              49,722.60

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $          0.00
Remaining balance:   $      49,722.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Christine C. Shubert | 15,156.33 | 0.00 | 15,156.33 |
| Trustee, Expenses - Christine C. Shubert | 36.73 | 0.00 | 36.73 |
| Attorney for Trustee Fees (Other Firm) - Maschmeyer and Karalis | 8,701.00 | 0.00 | 8,701.00 |
| Attorney for Trustee Fees (Other Firm) - Karalis, PC | 1,365.00 | 0.00 | 1,365.00 |
| Attorney for Trustee Expenses (Other Firm) - Maschmeyer and Karalis | 428.74 | 0.00 | 428.74 |
| Attorney for Trustee Expenses (Other Firm) - Karalis, PC | 111.62 | 0.00 | 111.62 |
| Accountant for Trustee Fees (Other Firm) - ASTERION. INC | 6,201.50 | 0.00 | 6,201.50 |
| Accountant for Trustee Expenses (Other Firm) - ASTERION. INC | 6.70 | 0.00 | 6.70 |

Total to be paid for chapter 7 administrative expenses:   $     32,007.62
Remaining balance:   $     17,714.98

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Professional Fees - Yergey Daylor Allebach Scheffey Picardi | 4,000.00 | 0.00 | 4,000.00 |
| Other Prior Chapter Professional Expenses - Yergey Daylor Allebach Scheffey Picardi | 25.00 | 0.00 | 25.00 |

**UST Form 101-7-TFR(5/1/2011)**

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 4,025.00 |
| Remaining balance: | $ 13,689.98 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 13,689.98 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,417.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Upper Montgomery Joint Authority | 310.04 | 0.00 | 310.04 |
| 2 | Borough of East Greenville | 323.78 | 0.00 | 323.78 |
| 3 | PPL Electric Utilities | 2,743.88 | 0.00 | 2,743.88 |
| 4 | Kerver's Heating & Cooling, Inc. | 2,039.40 | 0.00 | 2,039.40 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 5,417.10 |
| Remaining balance: | $ 8,272.88 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 8,272.88 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 8,272.88 |

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.98% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $74.47. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $8,198.41.

**UST Form 101-7-TFR(5/1/2011)**