United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-11621-amc
Ronald L. Moyer                                                        Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Jul 13, 2018
                              Form ID: pdf900          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
```
db             #+Ronald L. Moyer,    324 Main Street,    East Greenville, PA 18041-1302
aty             Gregory W Philips,    Yergey Daylor Allebach Scheffey Picardi,    1129 E. High Street,    POB 776,
                  Pottstown, PA 19464-0776
aty            +Karalis PC,    1900 Spruce Street,    Philadelphia, PA 19103-6605
aty            +Maschmeyer Karalis P.C.,    1900 Spruce Street,    Philadelphia, PA 19103-6697
acc            +Asterion, Inc.,    215 S. Broad Street,    3rd Floor,    Philadelphia, PA 19107-5318
br              The Barndt Agency, Inc.,    PO Box 249,    Sumneytown, PA 18084-0249
13879287       +Advance Recovery Systems,    POB 80766,    Valley Forge, PA 19484-0766
13879288       +B&H 'the Home Market,    30 East Fourth Street,    East Greenville, PA 18041-1338
13879289       +Bayview Loan Servicing,    2601 S. Bayshore Drive,    4th Floor,    Miami, FL 33133-5413
13879291       +Bucks Run Oil,    POB 3,    Springtown, PA 18081-0003
13879292        Comcast,    POB 3001,    Southeastern, PA 19398-3001
13879293       +Kerver's Heating & Cooling, Inc.,    633 Gravel Pike,    East Greenville, PA 18041-2143
13879295        PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
13879294        Peerless Credit Services, Inc.,    P.O. Box 518,    Middletown, PA 17057-0518
13879296        Publishers Clearing House,    POB 6344,    Harlan, IA 51593-1844
13879297       +QNB,    P.O. Box 9005,    Quakertown, PA 18951-9005
13879298       +St Lukes Phsician's Group,    2223 Linden Street,    Bethlehem, PA 18017-4806
13879299        Sunrise Credit Services, Inc.,    POB 9100,    Farmingdale, NY 11735-9100
13879300       +Upper Montgomery Joint Authority,    POB 6,    Pennsburg, PA 18073-0006
13879301       +Upper Perkiomen Valley Ambulance,    2199 E Buck Rd,    Pennsburg, PA 18073-1214
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 14 2018 02:09:02     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 14 2018 02:07:55
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 14 2018 02:08:23     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2018 02:23:53     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13879290       +E-mail/Text: office@egreenville.org Jul 14 2018 02:07:15     Borough of East Greenville,
                  206 Main Street,    East Greenville, PA 18041-1405
13881658       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 14 2018 02:23:43
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE            Maschmeyer Karalis P.C.
aty*           +KARALIS PC,    1900 Spruce Street,    Philadelphia, Pa 19103-6605
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                   Date Rcvd: Jul 13, 2018
                               Form ID: pdf900              Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2018 at the address(es) listed below:

        CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
        CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
         J100@ecfcbis.com
        GREGORY W. PHILIPS     on behalf of Debtor Ronald L. Moyer gwphilips@ydasp.com,
         philipslaw@comcast.net
        GREGORY W. PHILIPS     on behalf of Attorney Gregory W Philips gwphilips@ydasp.com,
         philipslaw@comcast.net
        PAUL BRINTON MASCHMEYER     on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer357@gmail.com,
         FMarinas@msn.com
        REBECCA ANN SOLARZ    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        ROBERT W. SEITZER    on behalf of Attorney   Maschmeyer Karalis P.C. rseitzer@karalislaw.com,
         jhysley@karalislaw.com
        ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com,
         jhysley@karalislaw.com
        ROBERT W. SEITZER    on behalf of Attorney   KARALIS PC rseitzer@karalislaw.com,
         jhysley@karalislaw.com
        ROBERT W. SEITZER    on behalf of Attorney   Karalis PC rseitzer@karalislaw.com,
         jhysley@karalislaw.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com

                                                                                    TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia DIVISION**

| | |
|---|---|
| In re: MOYER, RONALD L. § § § § | Case No. 17-11621-AMC |
| Debtor(s) | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Christine C. Shubert, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 08/01/2018 in Courtroom 5, United States Bankruptcy Court Courthouse, 900 Market Street, Philadephia, PA 19107. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/02/2018           By: /s/ CHRISTINE C. SHUBERT
                                                                            Trustee

Christine C. Shubert
821 Wesley Ave
Ocean City, NJ 08226
(609) 938-4191
christine.shubert@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia DIVISION**

In re:MOYER, RONALD L.   §   Case No. 17-11621-AMC
                         §
                         §
                         §
       Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of: | $ 270,000.00 |
| and approved disbursements of: | $ 220,277.40 |
| leaving a balance on hand of[1]: | $ 49,722.60 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 49,722.60 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Christine C. Shubert | 15,156.33 | 0.00 | 15,156.33 |
| Trustee, Expenses - Christine C. Shubert | 36.73 | 0.00 | 36.73 |
| Attorney for Trustee Fees (Other Firm) - Maschmeyer and Karalis | 8,701.00 | 0.00 | 8,701.00 |
| Attorney for Trustee Fees (Other Firm) - Karalis, PC | 1,365.00 | 0.00 | 1,365.00 |
| Attorney for Trustee Expenses (Other Firm) - Maschmeyer and Karalis | 428.74 | 0.00 | 428.74 |
| Attorney for Trustee Expenses (Other Firm) - Karalis, PC | 111.62 | 0.00 | 111.62 |
| Accountant for Trustee Fees (Other Firm) - ASTERION. INC | 6,201.50 | 0.00 | 6,201.50 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) - ASTERION. INC | 6.70 | 0.00 | 6.70 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ 32,007.62 |
| Remaining balance: | $ 17,714.98 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Professional Fees - Yergey Daylor Allebach Scheffey Picardi | 4,000.00 | 0.00 | 4,000.00 |
| Other Prior Chapter Professional Expenses - Yergey Daylor Allebach Scheffey Picardi | 25.00 | 0.00 | 25.00 |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 4,025.00 |
| Remaining balance: | $ 13,689.98 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 13,689.98 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,417.10 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Upper Montgomery Joint Authority | 310.04 | 0.00 | 310.04 |
| 2 | Borough of East Greenville | 323.78 | 0.00 | 323.78 |
| 3 | PPL Electric Utilities | 2,743.88 | 0.00 | 2,743.88 |
| 4 | Kerver's Heating & Cooling, Inc. | 2,039.40 | 0.00 | 2,039.40 |

Total to be paid for timely general unsecured claims: $ 5,417.10
Remaining balance: $ 8,272.88

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 8,272.88

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 8,272.88

**UST Form 101-7-NFR (10/1/2010)**

      To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.98% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $74.47. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $8,198.41.

Prepared By: /s/ CHRISTINE C. SHUBERT
Trustee

Christine C. Shubert
821 Wesley Ave
Ocean City, NJ 08226
(609) 938-4191
christine.shubert@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**