IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          Chapter 7

RONALD MOYER

                                                Bankruptcy No. 17-11621-AMC

          Debtor(s)

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this __1st__ day of __August__ 20 18 , upon consideration of the

Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS

HEREBY ORDERED AND DECREED that the Final Report is APPROVED.


BY THE COURT:

_____

ASHELY M. CHAN
United States Bankruptcy Judge