United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ronald L. Moyer  
    Debtor

Case No. 17-11621-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Aug 02, 2018  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2018.  
db          #+Ronald L. Moyer,   324 Main Street,   East Greenville, PA 18041-1302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2018 at the address(es) listed below:

      CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com  
      CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com  
      GREGORY W. PHILIPS    on behalf of Debtor Ronald L. Moyer gwphilips@ydasp.com, philipslaw@comcast.net  
      GREGORY W. PHILIPS    on behalf of Attorney Gregory W Philips gwphilips@ydasp.com, philipslaw@comcast.net  
      PAUL BRINTON MASCHMEYER    on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer357@gmail.com, FMarinas@msn.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
      ROBERT W. SEITZER    on behalf of Attorney    Karalis PC rseitzer@karalislaw.com, jhysley@karalislaw.com  
      ROBERT W. SEITZER    on behalf of Attorney    Maschmeyer Karalis P.C. rseitzer@karalislaw.com, jhysley@karalislaw.com  
      ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com, jhysley@karalislaw.com  
      ROBERT W. SEITZER    on behalf of Attorney    KARALIS PC rseitzer@karalislaw.com, jhysley@karalislaw.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                             TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>RONALD MOYER<br><br>Debtor(s) | Chapter 7<br><br>Bankruptcy No. 17-11621-AMC |

ORDER OF DISTRIBUTION

AND NOW, this _____ day of _____ 20___, the Trustee, CHRISTINE C. SHUBERT, is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s), within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all canceled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

DATED:  **August 1, 2018**